# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| BRITTANY ROGERS, on Behalf of Herself and All Others Similarly-situated, *et al.* ) ) ) ) | COLLECTIVE ACTION |
| *Plaintiffs*, ) ) | CASE NO. 4:18-CV-00074-JHM |
| v. ) ) | |
| THE WEBSTAURANT STORE, INC. ) ) | JURY DEMANDED |
| *Defendant.* ) ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement (hereafter, the "Motion"). The parties filed as an exhibit to the Motion a copy of their settlement agreement.

The Court has reviewed the pleadings in the case, including the parties' Motion, the settlement agreement, and Plaintiffs' counsel's Declaration filed with the Motion, and finds that the parties have satisfied the standards for final approval of a collective action settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court finds that the terms of the settlement are fair, reasonable and adequate. The settlement was negotiated at arms-length and Plaintiffs' Counsel has certified that the settlement is in Plaintiffs' best interests.

Approval has been requested as part of approval of the parties' settlement (and from the total settlement proceeds provided therein) of (A) the proposed award to Plaintiffs' counsel of

attorneys' fees (set forth in Section 2.1(D) of the parties' settlement agreement), (B) the proposed reimbursement to Plaintiff's counsel of litigation expenses, as provided in the Section 2.1(E) of the parties' settlement agreement (and as further specified in the Motion and Plaintiff's counsel's declaration filed therewith), (C) the amount to be paid to Brittany Rogers as a lead plaintiff award (in addition to the *pro rata* amount to be received by her in the division of the amounts received by Plaintiffs) (as set forth in Paragraph 2.1(C) of the parties' settlement agreement) and the remainder to be divided amongst the Plaintiffs in accordance with an equitable formula determined by Plaintiffs' counsel based on information from log-in data produced by Defendant (as set out in Section 2.1(B) of the parties' settlement agreement).

Plaintiffs' counsel has submitted a declaration in support of these requests. Having reviewed the same, and the proposed settlement as a whole, the Court finds that Plaintiffs' counsel's fees and expenses, the lead plaintiff award, and the proposed division of the remainder of the funds to be fair, reasonable and appropriate.

Based on the foregoing, it is hereby ORDERED and ADJUDGED that he parties' settlement is approved. By agreement of the parties, this Order and dismissal renders moots Plaintiffs' request for an award (separate from that provided under the settlement agreement) of attorney's fees under Rule 37 pursuant to Plaintiffs' Motion to Compel (Ct. Doc. 49) and the Magistrate Judge's Order entered December 21, 2018 (Ct. Doc. 71), which is accordingly hereby denied as moot.

At the request of the parties, which request the Court finds appropriate, the Court reserves jurisdiction over this action for the sole purpose of enforcing the parties' settlement agreement, but, pursuant to Section 3.8 of the parties' settlement agreement, in all other respects dismisses

this action and all of Plaintiffs' claims filed in this action, with prejudice. Except as provided in the settlement, each party will bear his, her or its own costs and fees.

ALL OF WHICH IS SO ORDERED

Joseph H. McKinley Jr., District Judge
United States District Court

April 1, 2019

**APPROVED FOR ENTRY:**

/s/ Mark N. Foster
Mark N. Foster
Law Office of Mark N. Foster, PLLC
P.O. Box 869
Madisonville, KY 42431
(270) 213-1303
MFoster@MarkNFoster.com
*Counsel for Plaintiffs*


/s/ Courtney Graham, by Mark N. Foster with permission
Courtney Graham
STRAUSE LAW GROUP, PLLC
804 Stone Creek Pkwy., Ste. One
Louisville, KY 40223
Telephone: (502) 426-1661
Fax: (502) 426-6772
cgraham@strauselawgroup.com
*Counsel for Defendant*